# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# SHREVEPORT DIVISION

| | | |
|---|---|---|
| **TAMMY JEAN LOTT** | * | **CASE NO. 5:17-CV-00783** |
| **VERSUS** | * | **JUDGE TERRY A. DOUGHTY** |
| **NANCY A. BERRYHILL, ACTING COMMISSIONER, SOCIAL SECURITY ADMINISTRATION** | * | **MAG. JUDGE KAREN L. HAYES** |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff's motion for attorney's fees [Doc. No.16] is **GRANTED**, as modified, and that the Commissioner shall remit to plaintiff's counsel a check made payable to plaintiff Tammy Jean Lott for attorney and paralegal fees in the amount of $3,925.00 (18.2 attorney hours at $175.00 per hour and 7.4 paralegal hours at $100 per hour), plus $17.67 in expenses.

Monroe, Louisiana, this 2nd day of January, 2019.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE